UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:17-cv-01796-JLS-DFM                    Date:  November 28, 2017
Title:  Robert Sanchez v. Chinese Acupuncture Clinic, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

    Terry Guerrero                                    N/A
     Deputy Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

    Not Present                                    Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE**

    On October 18, 2017, the Court issued a Notice to Parties: ADA Disability Access
Litigation that directed Plaintiff to serve three documents on the defendant(s) and file
with the Court a proof of service indicating that the Notice to Parties and the attached
Application for Stay and Early Mediation were served. (*See* Doc. 13). To date, the Court
has not received the proof of service.

    Accordingly, the Court orders Plaintiff show cause why the Court should not
dismiss this matter and/or issue sanctions for the failure to file timely the referenced
document.  No later than **December 5, 2017,** counsel shall file the document and a
separate written response explaining their disregard of the Court's Order.

                                    Initials of Preparer:  tg